Case 4:23-cv-03031   Document 19   Filed on 02/13/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: SYNGENTA PRODUCTS LIABILITY LITIGATION § § § CLAYTON CLARK, *et al.*, § § *Plaintiffs*, § VS. § § EMPLOYEE FUNDING OF § AMERICA, LLC, § § *Defendant*.[1] § | CIVIL ACTION NO. 4:23-cv-03031 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is a Motion to Remand filed by purported Plaintiffs Clayton Clark and his associated law firms Clark, Love & Hutson, GP, and Clark, Love & Hutson, PLLC (collectively "Clark"), along with Peter Flowers and his law firm Meyers & Flowers, LLC (collectively "Flowers"). ECF No. 6. The Motion to Remand was referred to Magistrate Judge Dena Hanovice Palermo for a Report and Recommendation. ECF No. 15. On January 29, 2024, Judge Palermo issued a Report and Recommendation, recommending that the Motion to Remand be granted and that reasonable attorneys' fees and costs be awarded to Clark and Flowers pursuant to 28 U.S.C. § 1447(c). ECF No. 18. The deadline for filing objections passed on February 12, 2024, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, the Motion to Remand (ECF No. 6) is hereby

---

[1] In alignment with Judge Palermo, the Court utilizes the case caption as styled in the notice of removal for the sake of consistency and without prejudice.

**GRANTED**. As noted in the Report and Recommendation, Clark and Flowers shall submit documentation in support of its attorneys' fees request to Judge Palermo within 14 days after the deadline for filing objections.

    **IT IS SO ORDERED**.

    **SIGNED** at Houston, Texas on this the 13th of February, 2024.

    KEITH P. ELLISON
    UNITED STATES DISTRICT JUDGE

.