Case 4:23-cv-03031   Document 24   Filed on 06/04/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: SYNGENTA PRODUCTS LIABILITY LITIGATION § § § | |
| CLAYTON CLARK, *et al.*, § § | |
| *Plaintiffs*, § | |
| VS. § | CIVIL ACTION NO. 4:23-cv-03031 |
| § | |
| EMPLOYEE FUNDING OF AMERICA, LLC, § § § | |
| *Defendant.*[1] § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is a Motion for Attorneys' Fees and Costs filed by purported Plaintiffs Clayton Clark and his associated law firms Clark, Love & Hutson, GP, and Clark, Love & Hutson, PLLC (collectively "Clark"), along with Peter Flowers and his law firm Meyers & Flowers, LLC (collectively "Flowers"). ECF No. 20. The Motion for Attorneys' Fees and Costs was referred to Magistrate Judge Dena Hanovice Palermo for a Report and Recommendation. ECF No. 19. On May 20, 2024, Judge Palermo issued a Report and Recommendation, finding that Clerk and Flowers are entitled to full reimbursement of their costs and a reduced award of attorneys' fees. ECF No. 23. The deadline for filing objections passed on June 3, 2024, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, the Motion for Attorneys' Fees and Costs (ECF No.

---

[1] In alignment with Judge Palermo, the Court utilizes the case caption as styled in the notice of removal for the sake of consistency and without prejudice.

20) is hereby **GRANTED**. Defendant Employee Funding of America, LLC, is **ORDERED** to pay Clark and Flowers's reasonable attorneys' fees in the amount of $74,344.50 and costs in the amount of $141.00, for a total of $74,485.50.

    **IT IS SO ORDERED**.

    **SIGNED** at Houston, Texas on this the 4th of June, 2024.

                                                       KEITH P. ELLISON
                                                       UNITED STATES DISTRICT JUDGE

.